CAUSE NO.  76813-CR

THE STATE OF TEXAS                          412th District Court
                                                                    FILED IN
vs                                          of                      14th COURT OF APPEALS
Johnnie Leroy Brown, II                     Brazoria County, Texas   HOUSTON, TEXAS

9/21/2015 2:19:14 PM
                    NOTICE OF ASSIGNMENT ON APPEAL    CHRISTOPHER A. PRINE
                                                                       Clerk

        ON THE 16th day of  September, 2015, the defendant in the above styled and numbered

cause excepted to the order of the Court in said cause and gave Notice of Appeal to the Court of

Appeals, Fourteenth Judicial District.


Date of Judgment or Other Order Appealed From: 9/8/15

Date of Sentencing:   9/8/15

Name of Trial Court Judge:     David E. Garner

Name of Court Reporter:      Jill Friedrichs

Name and Address of Defense Attorney on Appeal:
                            Keith G. Allen, (Appointed)
                            236 CR 94, Suite 106
                            Pearland, Texas 77584

Name and Address of Attorney for the State on Appeal:
                            Jeri Yenne, District Attorney
                            Brazoria County Courthouse
                            111 East Locust, Suite 408-A
                            Angleton, TX  77515

Defendant Incarcerated?        Yes

Motion for New Trial Filed?  9/21/15

Appeal Bond: No      Date  N/A

Offense and Punishment: CTS 1 & 2 - CONTINUOUS SEXUAL ABUSE OF A CHILD;
CT 3 - AGGRAVATED SEXUAL ASSAULT; CRIMINAL EPISODE
CTS 1 & 2 – THIRTY (30) YEARS – TDCJ-ID; CT 3 FORTY (40) YEARS – TDCJ-ID

                                    RHONDA BARCHAK, District Clerk

                                    By /S/  Kathleen McDougald, Deputy


Appeal Notice of Assignment

## NO. 76813-CR (ALL COUNTS)

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | BRAZORIA COUNTY, TEXAS |
| | § | |
| JOHNNIE LEROY BROWN, II | § | 412TH JUDICIAL DISTRICT |

## DEFENDANT'S NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Defendant Johnnie Leroy Brown, II, by and through undersigned trial counsel, respectfully submits this, his Notice of Appeal of the Judgment of Conviction and Sentence entered against him on all counts in the above-numbered cause to the First and/or Fourteenth Court of Appeals in Houston, Texas.

Respectfully submitted,

**LAW OFFICES OF D. CRAIG HUGHES**

**D. CRAIG HUGHES**
State Bar No. 10211025

7322 Southwest Freeway - Suite 1100
Houston, Texas 77074
(713) 535-0683
(713) 981-3805 (FAX)

**TRIAL COUNSEL FOR DEFENDANT
JOHNNIE LEROY BROWN, II**

## CERTIFICATE OF SERVICE

The undersigned certifies that he hand delivered a true and correct copy of the foregoing Defendant's Notice of Appeal to the Brazoria County District Attorney's Office on this the 16th day of September, 2015.

_D. Craig Hughes_

FILED
at 10:44 o'clock A M.

SEP 21 2015

_Brenda Bunchek_
Clerk of District Court Brazoria Co., Texas
KMMDEPUTY

NO. 76813-CR

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 412th JUDICIAL DISTRICT |
| | § | |
| JOHNNIE LEROY BROWN, II | § | BRAZORIA COUNTY, TEXAS |

## MOTION FOR NEW TRIAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, Johnnie Leroy Brown, II, the Defendant in the above styled and numbered cause, and files this Motion for New Trial pursuant to Rule 21 of the Texas Rules of Appellate Procedure, and in support thereof would show this court the following:

1. The Defendant was sentenced on September 8, 2015. This Motion, filed within the thirty-day timetable, is therefore timely. A hearing must be commenced before the 75th day after the sentence or this motion is overruled by operation of law.

2. The verdict in this cause is contrary to the law and the evidence. See Tex. R. App. P. 21.3.

3. For the foregoing reasons, and for such other reasons that may arise on the hearing of this Motion, Defendant requests a new trial.

**WHEREFORE, PREMISES CONSIDERED**, Defendant prays that the Court set aside the judgment of conviction entered in this cause and order a new trial on the merits.

Respectfully submitted,

Law Offices of Keith G. Allen, PLLC
2360 CR 94, Suite 106
Pearland, TX 77584
Tel: (832) 230-0075
Fax: (832) 413-5896

By: _____
Keith G. Allen
State Bar No. 01043550
Keith@KGAllenLaw.com

## CERTIFICATE OF PRESENTMENT

By signature above, I hereby certify that a true and correct copy of the above and foregoing has been hand-delivered to the Office for the 149th Judicial District Court of Brazoria County, on this day, ____9/21/15____.

## CERTIFICATE OF SERVICE

This is to certify that on ____9/21/15____, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Brazoria County, Texas, by hand delivery.

_____
Keith G. Allen